**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.                                                    Case No. 14-cv-2636

THE ALARM COMPANY, LLC, *et al.*,

    Defendants.

_____/

## ORDER SETTING BRIEFING SCHEDULE

On December 11, 2014, the court conducted a telephone conference with counsel. The parties agreed that competing motions for summary judgment on the issue of Plaintiff Scottsdale Insurance Company's duty to defend should precede discovery in this case. Accordingly,

IT IS ORDERED that Plaintiff shall file its motion for partial summary judgment by **January 16, 2015.** Defendants shall file their response and cross-motion by **February 13, 2015**. Plaintiff shall file its response to the cross-motion and reply by **February 27, 2015**. Defendants shall file their reply by **March 13, 2015**.

IT IS FURTHER ORDERED that discovery in this matter is suspended pending the resolution of the motions for summary judgment.[1]

                                                  s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: December 16, 2014

---

[1]Pursuant to the parties' agreement, Plaintiff may renew its request for, and Defendants may provide, the discovery from the now-settled underlying action.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2014, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522