IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.                                                                 No. 2:14-cv-02636-RHC-tmp

THE ALARM COMPANY, LLC,
THOMAS BRADY,
SUSAN BRADY, AND
LANCE WOODS

    Defendants.

---

## JUDGMENT

---

Pursuant to this Court's Opinion and Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendants' Cross Motion for Summary Judgment, dated March 30, 2016 [Dkt. No. 65],

It is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants;

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff owed no duty to defend Defendants in the underlying action, styled *ADT Services AG and ADT Security Services, Inc. v. Thomas Brady, Susan Brady, Lance Woods and The Alarm Company, LLC,* Dkt. No. 2:10-cv-02197- RHC-tmp (the "Underlying Action");

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff has no duty to indemnify Defendants with respect to any claims made against Defendants or settlement entered into by Defendants in the Underlying Action; and

It is further ORDERED, ADJUDGED, and DECREED that there is no coverage for the claims made in the Underlying Action or damages incurred by Defendants with respect to those claims under the insurance policies issued by Plaintiff which are the subject of this litigation.


    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: April 21, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 21, 2016, by electronic and/or ordinary mail.


    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522